ACCEPTED
06-15-00112-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 10:24:50 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00112-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **SIXTH COURT** | |
| | § | | FILED IN<br>6th COURT OF APPEALS |
| **v.** | § | **OF APPEALS** | TEXARKANA, TEXAS |
| | § | | 11/18/2015 10:24:50 AM |
| **JEROME ANDERSON** | § | **STATE OF TEXAS** | DEBBIE AUTREY<br>Clerk |

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Harrison County District Attorney, Appellee moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6(D) for an extension of thirty (30) days, in which to file the Appellee's brief.

In support, the Appellee would show the following:

1. The Appellant's brief was filed on October 21st, 2015

2. Appellee's brief is due for filing on November 20th, 2015

3. This is the first request for extension of time

4. Good cause exists for the granting of this motion: Attorney for Appellee has been preparing for a jury trial in the 71st District Court, State of Texas v David Kelley, an aggravated sexual assault of a child, which begins evidence on November 19th, 2015, in addition Attorney for Appellee was in trial from November 2nd – 4th for State of Texas v Devin Mitchell, an aggravated robbery, in the 71st District Court.

.

Wherefore, Appellee requests until December 20th, 2015, in which to complete his brief.

Respectfully submitted,
/S/ Shawn Eric Connally

_____

Shawn Eric Connally
State Bar No. 24051899
P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
shawnc@co.harrison.tx.us
ATTORNEY FOR APPELLEE
HARRISON COUNTY
DISTICT ATTORNEYS OFFICE

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the Appellee's First Motion for Extension of Time to File Appellee's Brief has been delivered to the Appellant's Attorney on Appeal.

DATED: 11-18-2015                                    /S/ Shawn Eric Connally

_____
Shawn Eric Connally
State Bar No. 24051899
P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
shawnc@co.harrison.tx.us